# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

# WESTERN DIVISION

| | |
|---|---|
| VAN NUYS CYCLE, INC., dba OLD ROAD HARLEY-DAVIDSON, a California Corporation,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>HARLEY-DAVIDSON MOTOR COMPANY, INC., a Wisconsin Corporation, and DOES 1 to 10, inclusive,<br><br>　　　　　Defendants. | Case No. CV14-6625-R-MRWx<br><br>**JUDGMENT IN FAVOR OF DEFENDANT HARLEY-DAVIDSON MOTOR COMPANY, INC.**<br><br>DATE: JULY 20, 2015<br>TIME: 10:00 A.M.<br><br>COMPLAINT FILED: AUGUST 22, 2014<br>FAC FILED: OCTOBER 8, 2014<br><br>DISTRICT JUDGE: HON. MANUEL L. REAL<br>312 N. SPRING STREET, RM. 8, 2ND FLOOR |

# JUDGMENT

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

The Court, having considered the pleadings in this matter, and all papers and authority submitted in support of, and in opposition to Defendant Harley-Davidson Motor Company, Inc.'s Notice of Motion and Motion for Summary Judgment, and good cause appearing therefrom, orders as follows:

**IT IS HEREBY ORDERED THAT:**

(1) Defendant Harley-Davidson Motor Company, Inc.'s Motion for Summary Judgment is **GRANTED as to all causes of action in the First Amended Complaint**; and

(2) Judgment is entered in favor of Defendant Harley-Davidson Motor Company, Inc. and against Plaintiff Van Nuys Cycle, Inc. on all claims for relief in the operative First Amended Complaint.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

DATED: AUGUST 3, 2015

HONORABLE MANUEL L. REAL
UNITED STATES DISTRICT JUDGE